SAMSUNG

CONTROL NO.

№ 08461381

RECEIPT: TEAR OFF AND RETAIN WITH RECORDS

DATE:

SIGNATURE:

AGENCY NAME:

Exhibit A

Food Stamps $

| Quantity | Property | Quantity | Property | Quantity | Property |
|---|---|---|---|---|---|
| | Wallet | | Watch | | Comb |
| | Purse | | Rings | | Personal Papers |
| | Lighter | | Pr[illegible] | | Eyeglasses |
| | Keys | | Bracelet/Wrist Chain | | Belt |
| | Pr. Shoelaces | | Necklace/Neck Chain | | |

Other

I ACKNOWLEDGE THE SURRENDER OF THE PROPERTY LISTED.

SIGNATURE OF INMATE — DATE

PROPERTY RECEIVED FROM INMATE BY:

NAME OF EMPLOYEE AND ID# (PRINT) (ID #)

SIGNATURE OF EMPLOYEE — DATE

I, ____ ACKNOWLEDGE THE RETURN OF MY PROPERTY
SIGNATURE OF INMATE/ DESIGNEE

ON

PROPERTY RETURNED TO INMATE/DESIGNEE BY:

NAME OF EMPLOYEE AND ID# (PRINT) (ID #)

SIGNATURE OF EMPLOYEE — DATE

# Knox County Sheriff's Office

# Mugshot Profile

## PERSONAL INFORMATION:

| | |
|---|---|
| LAST NAME: | MASHEK |
| FIRST NAME: | DOUGLAS |
| MIDDLE NAME: | VERNAN |
| PHOTO #: | 470002100286 |
| PHOTO DATE: | 01-10-2023 |
| JCID: | 1186425 |
| DATE OF BIRTH: | 08-25-1971 |
| ADDRESS: | 1116 IRWIN STREET |
| CITY/STATE: | KNOXVILLE |

## PHYSICAL DESCRIPTION:

| | |
|---|---|
| RACE: | WHITE |
| SEX: | Male |
| HEIGHT: | 508 |
| WEIGHT: | 150 |
| EYE COLOR: | BLUE |
| HAIR COLOR: | GRAY |

MASHEK,DOUGLAS VERNAN

08-25-1971 WHITE Male

1186425
1206233

Case 3:24-cv-00010-KAC-JEM Document 1-1 Filed 01/11/24 Page 3 of 8 PageID #: 6



# Facility Property Issued Receipt

Booking #: 1206233
IDN: 1186425
Name: DOUGLAS VERNAN MASHEK

01/10/2023 02:56
Page 1 of 1
JCHARPENTER

| Property Type | Value | Qty | Size | Returned |
|---|---|---|---|---|
| BLANKET | $10.00 | 1 | | No |
| INMATE HANDBOOK (IN HOUSING UNIT) | $5.00 | 1 | | No |
| JAIL UNIFORM | $20.00 | 2 | | No |
| MATTRESS W/ INTRIGRATED PILLOW (IN HOUSING UNIT) | $100.00 | 1 | | No |
| SHEETS | $5.00 | 2 | | No |
| TOOTH BRUSH | $.00 | 1 | | No |
| TOWEL | $4.00 | 1 | | No |
| TUBE OF TOOTHPASE | $.00 | 1 | | No |
| WASHCLOTH | $2.00 | 1 | | No |
| SOAP | $.00 | 1 | | No |
| SPORTS BRA (DEFAULT 1 FOR FEMALES ONLY) | $2.00 | 1 | | No |
| SOCKS | $1.00 | 2 | | No |
| UNDERPANTS | $2.00 | 2 | | No |
| CROKS | $10.00 | 1 | | No |
| DRINKING CUP | $10.00 | 1 | | No |
| SHAMPOO | $.00 | 1 | | No |
| DEODORANT | $.00 | 1 | | No |
| SPORK | $5.00 | 1 | | No |
| INMATE ID CARD | $5.00 | 1 | | No |
| LAUNDRY BAG | $5.00 | 1 | | No |
| PREA BROCHURE ENGLISH & SPANISH | $.00 | 1 | | No |
| JAIL ORIENTATION PACKET ENGLISH & SPANISH | $.00 | 1 | | No |
| REUSABLE FACE MASK | $.00 | 1 | | No |

Inmate's Signature: ____________________ Date/Time ____________

Witness' Signature: ____________________ Date/Time ____________
*If inmate is unable or unwilling to sign a witness' signature is required.*

Officer's Signature: ____________________ Date/Time ____________



KCSO PROPERTY RECEIPT
for
INMATE PROPERTY RECEIVED

No Image Available

Inmate Name: DOUGLAS MASHEK
Booking: 1206233
Date: 01/10/2023
Received From: INMATE
At: 01/10/2023 02:56 AM

ITEMS RECEIVED:

| Qty | Item Name | Description | Facility | Location | Box ID |
|---|---|---|---|---|---|
| 1 | BAG | 846138- SECURE BAG PHONE,WALLET,CARDS,KEYS | KCDF | SS | 1426 |
| 1 | BELT | BLACK | KCDF | GS | 1426 |
| 1 | HAT | BLACK | KCDF | GS | 1426 |
| 2 | JACKET | BLUE,BLACK | KCDF | GS | 1426 |
| 2 | SHOES | WHITE | KCDF | GS | 1426 |
| 1 | SHIRT | BLACK | KCDF | GS | 1426 |
| 2 | SOCKS | BLACK | KCDF | GS | 1426 |
| 1 | UNDERWEAR | BLUE | KCDF | GS | 1426 |
| 1 | JEANS | BLUE | KCDF | GS | 1426 |

Inmate/Other's Signature: ____________ Date: ________

Officer's Signature: ____________ Date: ________

Over $100.00 Supervisor's Signature Required: ____________ Date: ________

If Inmate refuses to sign or is unable to sign:
Witnessing Officer Signature: ____________ Date: ________

# CITY OF KNOXVILLE
# TOW TICKET

Date Towed: 01/09/23 at 10:33PM
Towed From: 101 Merchant Dr, Knoxville TN

Found: 01/09/23

| Year | Make | Model | Type | Style | Color |
|---|---|---|---|---|---|
| 2007 | Dodge | Caravan | Van15 | 4dr | BLK |

Lic. Tag # 9B53774 State: ID Year: 2020

VIN:

Mileage: 0 Keys In Car: Y

Driver: Douglas Mashek
1116 Irwin rd
Powell, TN 37849

Wrecker Service: Volunteer Towing
Stored At: 3407 Vice Mayor Jack Sharp Rd., Knoxville TN
Wrecker Service Phone #: 8655848657
Reason Towed: Violation of State Law

Missing Damaged Parts:

Property In Vehicle:

| Officer | Officer ID | Car # |
|---|---|---|
| [illegible] | 2270 | 64 |

The undersigned accepts responsibility for the above described vehicle and its contents.

Ticket # T076860 



The Trustee Paperwork needs to be notarized and your full name liste on the paperwork before we are able to release vehicle 23.0060

1-11-2023

Donisha Russell
Impound Supervisor

# CITY OF KNOXVILLE IMPOUND
# KNOXVILLE, TN

No: 129753
Date: 01/17/2023
Time: 18:00
Impound#: 23-0060

## RECEIPT FOR IMPOUNDED VEHICLES

| | | | |
|---|---|---|---|
| RECEIVED FROM: | DOUGLAS MASHEK | TOW CHARGE: | $126.00 |
| LICENSE NUMBER: | 9B53774 STATE: ID | STORAGE CHARGE: | $40.00 |
| VIN NUMBER: | 2D8GP44L17R329801 | ADDITIONAL CHARGES: | $0.00 |
| MAKE OF VEHICLE: | DOD-VAN/GRAND CARAVAN/2007 | CHARGES WAIVED: | $0.00 |
| | | TOTAL: | $166.00 |

OWNER'S SIGNATURE: Douglas Vernon Trustee

Released by: CCOPEN

## Owner's Copy