## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| **DOUGLAS VERNON MASHEK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case #: 3:24-cv-00010-KAC-JEM |
| | ) |
| **JOHN DOE TWO, JOHN DOE THREE, TOW TRUCK DRIVER, VOLUNTEER TOWING, LLC, and DONISHA RUSSELL,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Comes now Defendant Donisha Russell, by and through counsel, and moves for the entry of an order granting her judgment on the pleadings and dismissing this action with prejudice, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, because no material issue of fact exists and Defendant Russell is entitled to judgment as a matter of law.

In support of this motion, Defendant Russell is simultaneously filing a Memorandum of Law and further relies upon other parts of the record cited therein.

WHEREFORE, Defendant Donisha Russell respectfully moves for the entry of an order granting her judgment on the pleadings and dismissing this action with prejudice, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

Respectfully submitted, this 6th day of February, 2025.

/s/ John M. Kizer
John M. Kizer (TN BPR #029846)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
jmk@tennlaw.com
Counsel for Defendant Donisha Russell

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 6, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. All other parties, including the Plaintiff, whose address is listed below, will be served a copy by regular U.S. Mail. This filing may be accessed through the Court's electronic filing system.

Douglas Vernon Mashek
1116 Irwin Road
Powell, Tennessee 37849

                /s/ John M. Kizer
                John M. Kizer